RAY KROFF, INC. *v.* AURELE J. TURGEON ET AL.

The motion by the defendants to revoke the order correcting the judgment and record and extending the time for filing briefs in the appeal from the Court of Common Pleas in Hartford County is denied without prejudice to the right of the defendants to present on appeal the claimed error in the rendition of judgment for more than the ad damnum.

*Theodore Lubinsky,* for the appellants (defendants).

*Arnold E. Buchman,* with whom was *Milton Nahum,* for the appellee (plaintiff).

Argued June 4—decided June 4, 1963

ELLYN DUNCAN ET AL. *v.* LAURENCE McTIERNAN

The motion by the plaintiffs to vacate the order of the trial court denying their motion to correct the record in the appeal from the Court of Common Pleas in Hartford County is granted.

*Robert B. Cohen,* for the appellants (plaintiffs).

*Robert F. Taylor,* for the appellee (defendant).